Hines, Appellant, *v.* Viscose Company.

Argued March 12, 1935.

Before
KELLER, P. J., CUNNINGHAM, BALDRIGE, STADTFELD,
PARKER, JAMES and RHODES, JJ.

38

*Ellis L. Orvis,* for appellant, filed no brief.

*Harry L. Siegel,* for appellee.

PER CURIAM, April 15, 1935:

The opinion of the learned court below sustains the judgment appealed from.

The judgment is affirmed on that opinion.